*Judgment reversed. All the Justices concur.*<br>JULY 17, 1914.

Trover. Before Judge Parker. Clinch superior court. February 8, 1913.

*B. W. Cornelius, C. A. Stephens,* and *R. G. Dickerson,* for plaintiff. *E. K. Wilcox* and *W. T. Dickerson,* for defendant.

---

STRICKLAND <em>et al.</em> v. FENDER <em>et al.</em>

HILL, J.   1. There was no error in overruling the motion for a continuance.

2. Under the ruling in *Greenfield* v. *McIntyre,* 112 *Ga.* 691 (38 S. E. 44), before heirs at law of a deceased intestate can recover land which belonged to the estate of such intestate, they must prove that there was no administration on the estate, or that the administrator, if there was one, assented to their bringing the suit.   See also *Crummey* v. *Bentley,* 114 *Ga.* 746 (3), 749 (40 S. E. 765) ; *Wilson* v. *Wood,* 127 *Ga.* 316 (56 S. E. 457). No case of fraud by an administrator, or other circumstance varying the general rule, as in *Anderson* v. *Goodwin,* 125 *Ga.* 663 (5), 668 (54 S. E. 679), appears in this case.

3. The rulings above cited are controlling in the present case, and under them it was error to overrule the motion for a new trial.

*Judgment reversed. All the Justices concur.*
JULY 17, 1914.

Complaint for land. Before Judge Parker. Clinch superior court. January 25, 1913.

*S. Burkhalter* and *B. W. Cornelius,* for plaintiffs in error.
*R. G. Dickerson* and *W. T. Dickerson,* contra.